AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID L. HARWOOD,

           Plaintiff,

v.

SGT. TYLER and OFFICER ABETURE,

           Defendants,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-0359-MWL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is Dismissed With Prejudice.

Judgment is entered in favor of Defendants against Plaintiff.

May 1, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard